1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: sburke@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| 11  DIRECTV, INC., a California corporation, | Case No. CV-03-04182 SBA |
| 12         Plaintiff, | Hon. Saundra B. Armstrong |
| 13     vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOSEPH FRITTON, JR. AND REQUEST TO RETAIN JURISDICTION ORDER THEREON** |
| 14  FRITTON, et al. | |
| 15         Defendants. | |

16

17         IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant JOSEPH FRITTON, JR. ("Defendant"), through their respective

19 counsel of record, that the above-captioned action be and hereby is dismissed without prejudice,

20 pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own

21 costs and attorney's fees.

22         The terms of the Confidential Settlement Agreement dated April 28, 2005

23 ("Agreement") entered into between the Defendant and DIRECTV require the performance of

24 certain obligations by Defendant that will not be completed until May 2006. If the Defendant

25 does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

26 enforcement of those obligations in this Court. The parties therefore have consented, and hereby

27 further stipulate and consent to, the retention of jurisdiction over them by this Court and to

28 reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

the Agreement, as defined therein. The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: June 21, 2005        Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By:  /s/ Suzanne M. Burke
         Suzanne M. Burke
   Attorneys for Plaintiff DIRECTV, Inc.

DATED: June 21, 2005        PARR LAW GROUP


By:  /s/ Shawn R. Parr
         Shawn R. Parr
   Attorneys for Defendant Joseph Fritton, Jr.

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant JOSEPH FRITTON, JR. and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant JOSEPH FRITTON, JR. is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant JOSEPH FRITTON, JR. to enforce the terms described above of the Settlement Agreement between those parties dated April 28, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated:7/1/05

_Saunda Brown Armstrong
Honorable Saundra B. Armstrong
United States District Court
Northern District of California