Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
Kimberly R. Colombo, Esq. (Cal. Bar No. 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

John E. Moran, Esq. (Cal. Bar No. 94179)
Susan L. Wilson, Esq. (Cal. Bar No. 195022)
**DANNER & MARTYN, LLP**
100 E. Thousand Oaks Blvd., Suite 244
Thousand Oaks, California 91360
Telephone: (805) 777-8700
Facsimile: (805) 778-0736

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>JOSEPH FRITTON, JR., et al.,<br><br>Defendant. | CASE NO. 03-CV-03-4182 SBA<br><br>Hon. Sandra Brown Amstrong<br><br>**APPLICATION FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON** |

**TO THE COURT AND ALL INTERESTED PARTIES**

PLEASE TAKE NOTICE that Plaintiff DIRECTV, INC. hereby requests that the Court enter an order substituting the following counsel in the place and stead of its current counsel, DANNER & MARTYN:

Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
Kimberly R. Colombo, Esq. (Cal. Bar No. 210451)
BUCHALTER, NEMER FIELDS & YOUNGER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: akessel@buchalter.com
sburke@buchalter.com
kcolombo@buchalter.com

Client consents to this substitution.

DATED: April 22, 2004

DIRECTV, INC.

By: ______________________
John Green

Former legal representative consents to this substitution.

DATED: April ___, 2004

DANNER MARTYN, LLP

By: ______________________
Susan L. Wilson

New legal representative consents to this substitution.

DATED: April 22, 2004

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: ______________________
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, INC.

**ORDER**

Having read the foregoing application re Substitution of Attorney, and good cause appearing therefore, IT IS SO ORDERED.

Dated:

______________________
Judge of the United States District Court,
Northern District of California

Client consents to this substitution.

DATED: April ____, 2004

DIRECTV, INC.

By:____________________
John Green

Former legal representative consents to this substitution.

DATED: April 22 2004

DANNER MARTYN, LLP

By:____________________
Susan L. Wilson

New legal representative consents to this substitution.

DATED: April __, 2004

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By:____________________
Suzanne M. Burke
Attorneys for Plaintiff DIRECTV, INC.

**ORDER**

Having read the foregoing application re Substitution of Attorney, and good cause appearing therefore, IT IS SO ORDERED.

Dated: 8-8-05

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Saundra B. Armstrong

____________________
Judge of the United States District Court, Northern District of California