IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., | No. C 03-4182 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| JOSEPH FRITTON, JR., | |
| Defendant. | |

On July 29, 2004, this Court adopted Judge Ware's July 26, 2004 Order concerning all DIRECTV actions pending in the Northern District of California. Pursuant to Judge Ware's July 26, 2004 Order, this Court ordered that defendant Rudy Viramontes be dismissed without prejudice.

On July 1, 2005, pursuant to a Stipulation submitted by the remaining parties in the above-captioned action, defendant Joseph Fritton, Jr. was also dismissed without prejudice.

Accordingly, there are no remaining defendants in the instant action. Therefore,

IT HEREBY ORDERED THAT any pending matters in the above-captioned matter are TERMINATED. The clerk is directed to close the file.

IT IS SO ORDERED.

Dated: 2/21/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge